## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                  **Cr. No. H-22-33-S1**

**SHYANNE EDRINGTON**

### UNOPPOSED MOTION TO AMEND BOND CONDITIONS

Shyanne Edrington hereby requests that her conditions of pretrial release (Doc. 49) be amended to allow her to travel within the South District of Texas and, with the preapproval of United States Probation, outside the Southern District of Texas.

Ms. Edrington is charged with conspiracy to make false statements and commit wire fraud. She has been compliant with the conditions of her pretrial release since February 24, 2022. The government and United States probation are unopposed to this request.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By /s/ Amr A. Ahmed
AMR A. AHMED
Assistant Federal Public Defender
Southern District of Texas No. 3088803
Virginia State Bar No. 81787
440 Louisiana, Suite 1350
Houston, TX 77002-1056
   Telephone:  713.718.4600
   Fax:         713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Eun Kate Suh and U.S. Probation Officers Callie Derrick and determined that the United States and United States Probation are unopposed to this Motion to Amend Bond Conditions.

/s/ Amr A. Ahmed
AMR A. AHMED

## CERTIFICATE OF SERVICE

I certify that on September 7, 2022, a copy of the foregoing Motion to Amend Bond Conditions was served by Notification of Electronic Filing and by electronic mail to the office of Assistant United States Attorney Eun Kate Suh and to United States Probation Officer Callie Derrick.

/s/ Amr A. Ahmed
AMR A. AHMED

2